**Order entered January 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01391-CR

### THE STATE OF TEXAS, Appellee

### V.

### THOMAS HUGHES PAGE, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA18-51150-A**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine whether appellee was entitled to appointed counsel or would hire counsel to represent him. On January 9, 2019, we received the trial court's findings. We **ADOPT** the findings that appellee (1) wishes to be represented by counsel; (2) is not indigent and will hire retained counsel to represent him; and (3) will inform this Court of the name of retained counsel by the end of January.

In light of the above, we shall consider appellee as proceeding pro se until he provides the Court with written notification that he has hired new counsel. We **DIRECT** the Clerk of the Court to list appellee as proceeding pro se and to send all future notifications to appellee at 5515 LaFoy Blvd., Dallas, TX 75209.

Also before the Court is the State's January 9, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on or before February 8, 2019.


/s/     LANA MYERS
           JUSTICE